## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Dustin Wagner aka Dustin Errol Wagner      CHAPTER 13
       Tara Wagner aka Tara Elizabeth Wagner
             <u>Debtors</u>           BKY. NO. 16-18611 REF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Specialized Loan Servicing LLC, as Servicer for Deutsche Bank National Trust Company, as Trustee for GSR Mortgage Loan Trust 2006-OA1, Mortgage Pass-Through Certificates, Series 2006-OA1, and index same on the master mailing list.

                   Respectfully submitted,

                   **/s/Denise Carlon, Esquire**
                   Denise Carlon, Esquire
                   KML Law Group, P.C.
                   701 Market Street, Suite 5000
                   Philadelphia, PA 19106-1532
                   (215) 627-1322 FAX (215) 627-7734