```
                             United States Bankruptcy Court
                             Eastern District of Pennsylvania
In re:                                                               Case No. 16-18611-ref
Dustin Wagner                                                        Chapter 13
Tara Wagner
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0313-4          User: dlv                 Page 1 of 2             Date Rcvd: Feb 11, 2017
                              Form ID: 309I             Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2017.
db/jdb         Dustin Wagner,    Tara Wagner,    3207 Woodlea Road,   Orefield, PA 18069-2436
tr            +FREDERICK L. REIGLE,   Chapter 13 Trustee,    2901 St. Lawrence Avenue,   P.O. Box 4010,
               Reading, PA 19606-0410
smg           +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg           +Lehigh County Tax Claim Bureau,   17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,   633 Court Street,   Second Floor,    Reading, PA 19601-4300
13840812      +American Express Bank,    c/o Zwicker & Associates,    3220 Tillman Drive Suite 215,
               Bensalem PA 19020-2028
13840811      +American Express Bank FSB,    4315 S 2700 West,   Salt Lake City UT 84148-0001
13840814       Citi Cards,   PO Box 9001037,   Louisville KY 40290-1037
13840816      +Deutsche Bank National Trust Co,    c/o Shapiro & DeNardo LLC,   3600 Horizon Drive Suite 150,
               King of Prussia PA 19406-4702
13840817       Nationwide Credit Inc,    PO Box 26314,   Lehigh Valley PA 18002-6314
13840818       PPL Electric Utilities,    PO Box 25222,   Lehigh Valley PA 18002-5222
13840819       PPL Electric Utilities,    827 Hausman Rd,   Allentown PA 18104-9392
13840820       Specialized Loan Servicing,    8742 Lucent Boulevard Suite 300,   Highlands Ranch CO 80129-2386
13840821       Specialized Loan Servicing LLC,    PO Box 105219,   Atlanta GA 30348-5219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: knochenmuslaw@gmail.com Feb 11 2017 06:55:52      BARTON KNOCHENMUS,
               1275 Glenlivet Drive Suite 100,   Allentown, PA 18106-3107
smg           +E-mail/Text: robertsl2@dnb.com Feb 11 2017 06:57:17      Dun & Bradstreet, INC,
               3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 11 2017 06:57:00
               Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 11 2017 06:57:28      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Feb 11 2017 06:57:05      United States Trustee,
               Office of the U.S. Trustee,    833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
13854966       EDI: BECKLEE.COM Feb 11 2017 03:43:00      American Express Bank, FSB,   c/o Becket and Lee LLP,
               PO Box 3001,   Malvern PA 19355-0701
13851229       EDI: BECKLEE.COM Feb 11 2017 03:43:00      American Express Centurion Bank,
               c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
13840813       E-mail/Text: bankruptcy@bbandt.com Feb 11 2017 06:56:04      BB&T,   Branch Banking & Trust,
               PO Box 632,   Whiteville NC 28472
13840815      +EDI: CITICORP.COM Feb 11 2017 03:43:00      Citi Cards,   PO Box 6500,
               Sioux Falls SD 57117-6500
13840822      +EDI: URSI.COM Feb 11 2017 03:43:00      United Recovery Systems,    5800 North Course Dr,
               Houston TX 77072-1613
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +FREDERICK L. REIGLE,   Chapter 13 Trustee,    2901 St. Lawrence Ave.,   P.O. Box 4010,
               Reading, PA 19606-0410
                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2017                                        Signature:  /s/Joseph Speetjens

```
District/off: 0313-4           User: dlv                Page 2 of 2              Date Rcvd: Feb 11, 2017
                               Form ID: 309I            Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2017 at the address(es) listed below:
              BARTON   KNOCHENMUS    on behalf of Debtor Dustin  Wagner knochenmuslaw@gmail.com
              BARTON   KNOCHENMUS    on behalf of Joint Debtor Tara  Wagner knochenmuslaw@gmail.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Deutsche Bank National Trust Company et al...
               bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee for GSR Mortgage Loan Trust 2006-OA1, Mortgage Pass-Through Certificates, Series
               2006-OA1 bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Dustin Wagner** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–8791** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Tara Wagner** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–7025** <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | Date case filed for chapter  **13**  **12/15/16** |
| Case number:   **16–18611–ref** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                   12/15
**Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Dustin Wagner | Tara Wagner |
| 2. | **All other names used in the last 8 years** | aka Dustin Errol Wagner | aka Tara Elizabeth Wagner |
| 3. | **Address** | 3207 Woodlea Road <br> Orefield, PA 18069–2436 | 3207 Woodlea Road <br> Orefield, PA 18069–2436 |
| 4. | **Debtor's attorney** <br> Name and address | BARTON KNOCHENMUS <br> 1275 Glenlivet Drive Suite 100 <br> Allentown, PA 18106–3107 | Contact phone 610–770–3575 <br> Email:  knochenmuslaw@gmail.com |
| 5. | **Bankruptcy trustee** <br> Name and address | FREDERICK L. REIGLE <br> Chapter 13 Trustee <br> 2901 St. Lawrence Avenue <br> P.O. Box 4010 <br> Reading, PA 19606 | Contact phone 610–779–1313 <br> Email:  ecfmail@fredreiglech13.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 400 Washington Street <br> Suite 300 <br> Reading, PA 19601 | Office Hours:  Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M. <br><br> Contact phone (610)2085040 <br> Date: 2/10/17 |

**For more information, see page 2**

Official Form 309I                           **Notice of Chapter 13 Bankruptcy Case**                           page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 14, 2017 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Bar Association of Lehigh County, Meeting Rooms – Lower Level, 1114 West Walnut Street, Allentown, PA 18102** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 5/13/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 6/12/17** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 6/13/17** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of 331.00 per month for 60 months. The hearing on confirmation will be held on:<br>**4/20/17** at **09:00 AM**, Location: **Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |