## A & R IRON WORKS, INC.    25248

| Rec#: 1172 | | Emp#: 142 Dustin Wagner | | | | | Quarter: 4 | State: PA |
|---|---|---|---|---|---|---|---|---|
| Check: 25248 | | Date: 12/20/2016 | | | | Period: 12/10/2016 to | 12/16/2016 | |
| | Regular | Overtime | Premium | Sick | Vacation | Holiday | | |
| Rate: | 48.7000 | 73.0500 | 97.4000 | | | | | |
| Hours: | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| Pay: | 1,948.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| | Hours | Gross Pay | Add-Ons | Deductions | Net Pay | YTD Wages | | |
| Totals: | 40.00 | 1,948.00 | 0.00 | 970.85 | 977.15 | 18,554.70 | | 0.00 |

| Calculation | Type | Check | Year | Calculation | Type | Check | Year |
|---|---|---|---|---|---|---|---|
| Social Security | Ded | 120.78 | 1,150.42 | Trainer Local Tax | Ded | | 42.85 |
| Medicare | Ded | 28.25 | 269.07 | PHL Local Tax | Ded | 67.68 | 495.73 |
| Federal Income Tax | Ded | 263.78 | 2,530.27 | Employee unemploymen | Ded | 1.36 | 12.96 |
| PA State Income Tax | Ded | 59.80 | 569.61 | Local 401 - Assessme | Ded | 149.20 | 1,421.14 |
| Union 401 - Vacation | Ded | 280.00 | 2,667.00 | | | | |

## A & R IRON WORKS, INC.    25258

| Rec#: 1186 | | Emp#: 142 Dustin Wagner | | | | | Quarter: 4 | State: PA |
|---|---|---|---|---|---|---|---|---|
| Check: 25258 | | Date: 12/20/2016 | | | | Period: 12/10/2016 to | 12/16/2016 | |
| | Regular | Overtime | Premium | Sick | Vacation | Holiday | | |
| Rate: | 48.7000 | 73.0500 | 97.4000 | | | | | |
| Hours: | 0.00 | 8.00 | 8.00 | 0.00 | 0.00 | 0.00 | | |
| Pay: | 0.00 | 584.40 | 779.20 | 0.00 | 0.00 | 0.00 | | |
| | Hours | Gross Pay | Add-Ons | Deductions | Net Pay | YTD Wages | | |
| Totals: | 16.00 | 1,363.60 | 0.00 | 645.29 | 718.31 | 18,554.70 | | 0.00 |

| Calculation | Type | Check | Year | Calculation | Type | Check | Year |
|---|---|---|---|---|---|---|---|
| Social Security | Ded | 84.54 | 1,150.42 | Trainer Local Tax | Ded | | 42.85 |
| Medicare | Ded | 19.77 | 269.07 | PHL Local Tax | Ded | 47.37 | 495.73 |
| Federal Income Tax | Ded | 150.36 | 2,530.27 | Employee unemploymen | Ded | 0.95 | 12.96 |
| PA State Income Tax | Ded | 41.86 | 569.61 | Local 401 - Assessme | Ded | 104.44 | 1,421.14 |
| Union 401 - Vacation | Ded | 196.00 | 2,667.00 | | | | |

**A & R IRON WORKS, INC.**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　25220

| | Rec#: 1146 | Emp#: 142 Dustin Wagner | | | | Quarter: 4 | State: PA |
|---|---|---|---|---|---|---|---|
| | Check: 25220 | Date: 12/13/2016 | | | Period: 12/03/2016 | to | 12/09/2016 |
| | Regular | Overtime | Premium | Sick | Vacation | Holiday | |
| Rate: | 48.7000 | 73.0500 | 97.4000 | | | | |
| Hours: | 40.00 | 8.00 | 1.00 | 0.00 | 0.00 | 0.00 | |
| Pay: | 1,948.00 | 584.40 | 97.40 | 0.00 | 0.00 | 0.00 | |
| | Hours | Gross Pay | Add-Ons | Deductions | Net Pay | YTD Wages | |
| Totals: | 49.00 | 2,629.80 | 0.00 | 1,388.76 | 1,241.04 | 15,243.10 | 0.00 |

| Calculation | Type | Check | Year | Calculation | Type | Check | Year |
|---|---|---|---|---|---|---|---|
| Social Security | Ded | 163.05 | 945.10 | Trainer Local Tax | Ded | | 42.85 |
| Medicare | Ded | 38.13 | 221.05 | PHL Local Tax | Ded | 91.36 | 380.68 |
| Federal Income Tax | Ded | 434.23 | 2,116.13 | Employee unemploymen | Ded | 1.84 | 10.65 |
| PA State Income Tax | Ded | 80.73 | 467.95 | Local 401 - Assessme | Ded | 201.42 | 1,167.50 |
| Union 401 - Vacation | Ded | 378.00 | 2,191.00 | | | | |

**A & R IRON WORKS, INC.**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　25149

| | Rec#: 1123 | Emp#: 142 Dustin Wagner | | | | Quarter: 4 | State: PA |
|---|---|---|---|---|---|---|---|
| | Check: 25149 | Date: 12/06/2016 | | | Period: 11/26/2016 | to | 12/02/2016 |
| | Regular | Overtime | Premium | Sick | Vacation | Holiday | |
| Rate: | 48.7000 | 73.0500 | 97.4000 | | | | |
| Hours: | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Pay: | 1,948.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | Hours | Gross Pay | Add-Ons | Deductions | Net Pay | YTD Wages | |
| Totals: | 40.00 | 1,948.00 | 0.00 | 970.85 | 977.15 | 12,613.30 | 0.00 |

| Calculation | Type | Check | Year | Calculation | Type | Check | Year |
|---|---|---|---|---|---|---|---|
| Social Security | Ded | 120.78 | 782.05 | Trainer Local Tax | Ded | | 42.85 |
| Medicare | Ded | 28.25 | 182.92 | PHL Local Tax | Ded | 67.68 | 289.32 |
| Federal Income Tax | Ded | 263.78 | 1,681.90 | Employee unemploymen | Ded | 1.36 | 8.81 |
| PA State Income Tax | Ded | 59.80 | 387.22 | Local 401 - Assessme | Ded | 149.20 | 966.08 |
| Union 401 - Vacation | Ded | 280.00 | 1,813.00 | | | | |

**A & R IRON WORKS, INC.**    25106

| | Regular | Overtime | Premium | Sick | Vacation | Holiday | |
|---|---|---|---|---|---|---|---|
| Rec#: 1111 | Emp#: 142 Dustin Wagner | | | | | Quarter: 4 | State: PA |
| Check: 25106 | Date: 11/29/2016 | | | | Period: 11/19/2016 | to | 11/25/2016 |
| Rate: | 48.7000 | 73.0500 | 97.4000 | | | | |
| Hours: | 24.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16.00 | |
| Pay: | 1,168.80 | 0.00 | 0.00 | 0.00 | 0.00 | 779.20 | |
| Totals: | Hours 40.00 | Gross Pay 1,948.00 | Add-Ons 0.00 | Deductions 951.57 | Net Pay 996.43 | YTD Wages 10,665.30 | 0.00 |

| Calculation | Type | Check | Year | Calculation | Type | Check | Year |
|---|---|---|---|---|---|---|---|
| Social Security | Ded | 120.78 | 661.27 | Trainer Local Tax | Ded | 7.79 | 42.85 |
| Medicare | Ded | 28.25 | 154.67 | PHL Local Tax | Ded | 40.61 | 221.64 |
| Federal Income Tax | Ded | 263.78 | 1,418.12 | Employee unemploymen | Ded | 1.36 | 7.45 |
| PA State Income Tax | Ded | 59.80 | 327.42 | Local 401 - Assessme | Ded | 149.20 | 816.88 |
| Union 401 - Vacation | Ded | 280.00 | 1,533.00 | | | | |

**A & R IRON WORKS, INC.**    25062

| | Regular | Overtime | Premium | Sick | Vacation | Holiday | |
|---|---|---|---|---|---|---|---|
| Rec#: 1059 | Emp#: 142 Dustin Wagner | | | | | Quarter: 4 | State: PA |
| Check: 25062 | Date: 11/22/2016 | | | | Period: 11/12/2016 | to | 11/18/2016 |
| Rate: | 48.7000 | 73.0500 | 97.4000 | | | | |
| Hours: | 40.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Pay: | 1,948.00 | 73.05 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Totals: | Hours 41.00 | Gross Pay 2,021.05 | Add-Ons 0.00 | Deductions 1,015.63 | Net Pay 1,005.42 | YTD Wages 8,717.30 | 0.00 |

| Calculation | Type | Check | Year | Calculation | Type | Check | Year |
|---|---|---|---|---|---|---|---|
| Social Security | Ded | 125.31 | 540.49 | Trainer Local Tax | Ded | | 35.06 |
| Medicare | Ded | 29.31 | 126.42 | PHL Local Tax | Ded | 70.21 | 181.03 |
| Federal Income Tax | Ded | 282.04 | 1,154.34 | Employee unemploymen | Ded | 1.41 | 6.09 |
| PA State Income Tax | Ded | 62.05 | 267.62 | Local 401 - Assessme | Ded | 154.80 | 667.68 |
| Union 401 - Vacation | Ded | 290.50 | 1,253.00 | | | | |

**A & R IRON WORKS, INC.** 25044

| Rec#: 1035 | Emp#: 142 Dustin Wagner | | | | Quarter: 4 | State: PA |
|---|---|---|---|---|---|---|
| Check: 25031 | Date: 11/15/2016 | | | Period: 11/05/2016 | to | 11/11/2016 |

| | Regular | Overtime | Premium | Sick | Vacation | Holiday | |
|---|---|---|---|---|---|---|---|
| Rate: | 48.7000 | 73.0500 | 97.4000 | | | | |
| Hours: | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Pay: | 1,948.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

| | Hours | Gross Pay | Add-Ons | Deductions | Net Pay | YTD Wages | |
|---|---|---|---|---|---|---|---|
| Totals: | 40.00 | 1,948.00 | 0.00 | 951.57 | 996.43 | 6,696.25 | 0.00 |

| Calculation | Type | Check | Year | Calculation | Type | Check | Year |
|---|---|---|---|---|---|---|---|
| Social Security | Ded | 120.78 | 415.18 | Trainer Local Tax | Ded | 7.79 | 35.06 |
| Medicare | Ded | 28.25 | 97.11 | PHL Local Tax | Ded | 40.61 | 110.82 |
| Federal Income Tax | Ded | 263.78 | 872.30 | Employee unemploymen | Ded | 1.36 | 4.68 |
| PA State Income Tax | Ded | 59.80 | 205.57 | Local 401 - Assessme | Ded | 149.20 | 512.88 |
| Union 401 - Vacation | Ded | 280.00 | 962.50 | | | | |

**A & R IRON WORKS, INC.** 25006

| Rec#: 1000 | Emp#: 142 Dustin Wagner | | | | Quarter: 4 | State: PA |
|---|---|---|---|---|---|---|
| Check: 24997 | Date: 11/08/2016 | | | Period: 10/29/2016 | to | 11/04/2016 |

| | Regular | Overtime | Premium | Sick | Vacation | Holiday | |
|---|---|---|---|---|---|---|---|
| Rate: | 48.7000 | 73.0500 | 97.4000 | | | | |
| Hours: | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Pay: | 1,948.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

| | Hours | Gross Pay | Add-Ons | Deductions | Net Pay | YTD Wages | |
|---|---|---|---|---|---|---|---|
| Totals: | 40.00 | 1,948.00 | 0.00 | 922.65 | 1,025.35 | 4,748.25 | 0.00 |

| Calculation | Type | Check | Year | Calculation | Type | Check | Year |
|---|---|---|---|---|---|---|---|
| Social Security | Ded | 120.78 | 294.40 | Trainer Local Tax | Ded | 19.48 | 27.27 |
| Medicare | Ded | 28.25 | 68.86 | PHL Local Tax | Ded | | 70.21 |
| Federal Income Tax | Ded | 263.78 | 608.52 | Employee unemploymen | Ded | 1.36 | 3.32 |
| PA State Income Tax | Ded | 59.80 | 145.77 | Local 401 - Assessme | Ded | 149.20 | 363.68 |
| Union 401 - Vacation | Ded | 280.00 | 682.50 | | | | |

## A & R IRON WORKS, INC.

24978

| Rec#: 986 | Emp#: 142 Dustin Wagner | | | | | | |
|---|---|---|---|---|---|---|---|
| Check: 24978 | Date: 11/01/2016 | | | | | Quarter: 4 | State: PA |
| | | | | | Period: 10/22/2016 to | 10/28/2016 | |
| | Regular | Overtime | Premium | Sick | Vacation | Holiday | |
| Rate: | 48.7000 | 73.0500 | 97.4000 | | | | |
| Hours: | 40.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Pay: | 1,948.00 | 73.05 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | Hours | Gross Pay | Add-Ons | Deductions | Net Pay | YTD Wages | |
| Totals: | 41.00 | 2,021.05 | 0.00 | 996.35 | 1,024.70 | 2,800.25 | 0.00 |

| Calculation | Type | Check | Year | Calculation | Type | Check | Year |
|---|---|---|---|---|---|---|---|
| Social Security | Ded | 125.31 | 173.62 | Trainer Local Tax | Ded | 7.79 | 7.79 |
| Medicare | Ded | 29.31 | 40.61 | PHL Local Tax | Ded | 43.14 | 70.21 |
| Federal Income Tax | Ded | 282.04 | 344.74 | Employee unemploymen | Ded | 1.41 | 1.96 |
| PA State Income Tax | Ded | 62.05 | 85.97 | Local 401 - Assessme | Ded | 154.80 | 214.48 |
| Union 401 - Vacation | Ded | 290.50 | 402.50 | | | | |

## A & R IRON WORKS, INC.

24872

| Rec#: 939 | Emp#: 142 Dustin Wagner | | | | | | |
|---|---|---|---|---|---|---|---|
| Check: 24872 | Date: 10/25/2016 | | | | | Quarter: 4 | State: PA |
| | | | | | Period: 10/15/2016 to | 10/21/2016 | |
| | Regular | Overtime | Premium | Sick | Vacation | Holiday | |
| Rate: | 48.7000 | 73.0500 | 97.4000 | | | | |
| Hours: | 16.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Pay: | 779.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | Hours | Gross Pay | Add-Ons | Deductions | Net Pay | YTD Wages | |
| Totals: | 16.00 | 779.20 | 0.00 | 345.53 | 433.67 | 779.20 | 0.00 |

| Calculation | Type | Check | Year | Calculation | Type | Check | Year |
|---|---|---|---|---|---|---|---|
| Social Security | Ded | 48.31 | 48.31 | Union 401 - Vacation | Ded | 112.00 | 112.00 |
| Medicare | Ded | 11.30 | 11.30 | PHL Local Tax | Ded | 27.07 | 27.07 |
| Federal Income Tax | Ded | 62.70 | 62.70 | Employee unemploymen | Ded | 0.55 | 0.55 |
| PA State Income Tax | Ded | 23.92 | 23.92 | Local 401 - Assessme | Ded | 59.68 | 59.68 |