NAME TARA WAGNER TW
ACCOUNT NO. ~~XXXXXXXX~~
Br # 138
Emp Initials: BAS
DATE 5/27/17
60-878/313 4211

PAY TO THE ORDER OF SLS                $ 1278.00

One thousand two hundred seventy eight — 00/100 DOLLARS

NATIONAL PENN
www.nationalpenn.com • 800.822.3321

FOR June payment 1008966749

‖⋅0007776⋅‖ ⋅~~XXXXXXXXXX~~⋅

Specialized Loan Servicing LLC
8742 Lucent Blvd
Suite 300
Highlands Ranch CO 80129





DUSTIN E WAGNER
3207 WOODLEA RD
OREFIELD PA  18069-2436

100216 - 3263

036052

May 02, 2017

Re: Specialized Loan Servicing LLC 1008966749

Dear DUSTIN E WAGNER:

This letter is to confirm that you verbally authorized a single payment to Specialized Loan Servicing LLC on 05/01/17 to the account referenced above.

Details regarding the transaction appear below:

Payment Amount:            $1,275.00
Fee Amount:                $9.95
This Payment Scheduled On: 05/01/17
Drawn On:                  Branch Banking and Trust Company
Bank Account:              *********
Confirmation Number:       0004545370

Per our agreement, the above noted funds will be automatically debited from your bank account. Please retain this letter as documentation regarding the transaction. On your bank account statement, typically, you will not see a check number; you will see an ACH or EFT Debit.

If your bank does not allow for ACH transactions, your payment may be processed as a check transaction.

If you have any questions, please contact our Customer Care Center at 1-800-315-4757.

Sincerely,

Specialized Loan Servicing LLC

100216-AC-3263    PAP-F0019-A-0

NAME TARA WAGNER TW
ACCOUNT NO. ~~[redacted]~~
Br # 138
Emp Initials: BAS
DATE 3/26/17
60-878/313 4211

PAY TO THE ORDER OF SLS    $ 1278.00

One thousand two hundred seventy eight --- 00/100 DOLLARS

NATIONAL PENN
www.nationalpenn.com • 800.822.3321

FOR # 1008966749 April payment

⑈000776⑈ ~~[redacted]~~

NAME TARA WAGNER        TW            Br # 138
ACCOUNT NO. ~~[redacted]~~            Emp Initials: BAS
                                                                          DATE 2/26/17    60-878/313  4211

PAY TO THE ORDER OF  SLS                                              $ 1278.00
One thousand two hundred seventy eight 00/100 DOLLARS

NATIONAL PENN
www.nationalpenn.com • 800.822.3321

FOR #100896749 March payment

⑆000775⑆ ~~[redacted]~~

NAME  TARA WAGNER                         TW       Br # 138
ACCOUNT NO. ~~XXXXXXXXXXXXXX~~           Emp Initials: BAS

DATE  12/27/16      60-878/313  4211

PAY TO THE ORDER OF  SLS                                           $ 1278.00

One thousand ~~seventy~~ TW two hundred seventy eight 00/100 DOLLARS

**NATIONAL PENN**
www.nationalpenn.com • 800.822.3321

FOR  Jan 2017 paymt  1008966749

Signature: Tara Wagner

⑈000775⑈ ~~XXXXXXXXXX~~

Feb payment paid over the phone
May payment paid over the phone