UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Dustin Wagner and Tara Wagner, | : | Case 16-18611 |
| | : | |
| Debtors. | : | Chapter 13 |

## ORDER

AND NOW, in consideration of Debtors' Motion to avoid a judicial lien in favor of American Express Bank FSB,

AND AFTER HEARING all parties wishing to be heard on this matter, it is hereby

ORDERED, the Motion of the above-named Debtors to avoid a judicial lien of American Express Bank FSB is GRANTED by default.

IT IS FURTHER ORDERED, pursuant to 11 U.S.C. §349(b)(1)(B), that dismissal of this case reinstates any lien voided under §522.

The said judicial liens are entered of record as follows: 2016-C-1871 in the judgment records of Lehigh County, Pennsylvania.

Unless Debtors' bankruptcy case is dismissed, the lien of this creditor, or their successor-in-interest, is avoided to the extent it impairs Debtors' exemptions, and the lien shall not survive bankruptcy, affix to or remain enforceable against the property of Debtors located in Lehigh County, Pennsylvania.

Debtors may take all necessary steps to remove any record of the lien from the aforementioned property of the Debtors.

BY THE COURT:

**Date: August 31, 2017**

Richard E Fehling
United States Bankruptcy Judge