United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dustin Wagner  
Tara Wagner  
    Debtors

Case No. 16-18611-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Angela        Page 1 of 1        Date Rcvd: Aug 31, 2017  
                        Form ID: pdf900        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2017.  
db/jdb        Dustin Wagner,   Tara Wagner,   3207 Woodlea Road,   Orefield, PA 18069-2436  
cr          +DEUTSCHE BANK NATIONAL TRUST COMPANY,   14841 Dallas Parkway, Suite 300,   Dallas, TX 75254-7883  
13840812     +American Express Bank,   c/o Zwicker & Associates,   3220 Tillman Drive Suite 215,   Bensalem PA 19020-2028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2017 at the address(es) listed below:  
        BARTON KNOCHENMUS   on behalf of Joint Debtor Tara Wagner knochenmuslaw@gmail.com  
        BARTON KNOCHENMUS   on behalf of Debtor Dustin Wagner knochenmuslaw@gmail.com  
        DENISE ELIZABETH CARLON   on behalf of Creditor Deutsche Bank National Trust Company, et al... bkgroup@kmllawgroup.com  
        DENISE ELIZABETH CARLON   on behalf of Creditor Deutsche Bank National Trust Company et al... bkgroup@kmllawgroup.com  
        FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        THOMAS I. PULEO   on behalf of Creditor Deutsche Bank National Trust Company, et al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        THOMAS YOUNG.HAE SONG   on behalf of Creditor Branch Banking And Trust pa.bkecf@fedphe.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                      TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Dustin Wagner and Tara Wagner,  :  Case 16-18611
                                       :
       Debtors.                        :  Chapter 13

## ORDER

AND NOW, in consideration of Debtors' Motion to avoid a judicial lien in favor of American Express Bank FSB,

AND AFTER HEARING all parties wishing to be heard on this matter, it is hereby

ORDERED, the Motion of the above-named Debtors to avoid a judicial lien of American Express Bank FSB is GRANTED by default.

IT IS FURTHER ORDERED, pursuant to 11 U.S.C. §349(b)(1)(B), that dismissal of this case reinstates any lien voided under §522.

The said judicial liens are entered of record as follows: 2016-C-1871 in the judgment records of Lehigh County, Pennsylvania.

Unless Debtors' bankruptcy case is dismissed, the lien of this creditor, or their successor-in-interest, is avoided to the extent it impairs Debtors' exemptions, and the lien shall not survive bankruptcy, affix to or remain enforceable against the property of Debtors located in Lehigh County, Pennsylvania.

Debtors may take all necessary steps to remove any record of the lien from the aforementioned property of the Debtors.

**Date: August 31, 2017**

BY THE COURT:

_Richard E Fehling_
Richard E Fehling
United States Bankruptcy Judge