United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 16-18611-ref
Dustin Wagner                                                          Chapter 13
Tara Wagner
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Violet                 Page 1 of 1                  Date Rcvd: Aug 31, 2017
                              Form ID: pdf900              Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2017.
db/jdb         Dustin Wagner,   Tara Wagner,   3207 Woodlea Road,   Orefield, PA 18069-2436
smg           +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg           +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg           +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
cr            +DEUTSCHE BANK NATIONAL TRUST COMPANY,   14841 Dallas Parkway, Suite 300,
               Dallas, TX 75254-7883
13840812      +American Express Bank,   c/o Zwicker & Associates,   3220 Tillman Drive Suite 215,
               Bensalem PA 19020-2028
13840811      +American Express Bank FSB,   4315 S 2700 West,   Salt Lake City UT 84148-0001
13854966       American Express Bank, FSB,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
13851229       American Express Centurion Bank,   c/o Becket and Lee LLP,   PO Box 3001,
               Malvern  PA 19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: robertsl2@dnb.com Sep 01 2017 02:13:38     Dun & Bradstreet, INC,
               3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 01 2017 02:13:07
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 01 2017 02:13:49     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13965186*     +American Express Bank FSB,   4315 S 2700 West,   Salt Lake City UT 84148-0001
                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2017 at the address(es) listed below:
              BARTON   KNOCHENMUS    on behalf of Joint Debtor Tara  Wagner knochenmuslaw@gmail.com
              BARTON   KNOCHENMUS    on behalf of Debtor Dustin  Wagner knochenmuslaw@gmail.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Deutsche Bank National Trust Company et al...
               bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Deutsche Bank National Trust Company, et al...
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    Deutsche Bank National Trust Company, et al...
               tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Branch Banking And Trust pa.bkecf@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Dustin Wagner and Tara Wagner,  :  Case 16-18611
                                        :
            Debtors.                    :  Chapter 13

### ORDER

AND NOW, in consideration of Debtors' Motion to avoid a judicial lien in favor of American Express Bank FSB,

AND AFTER HEARING all parties wishing to be heard on this matter, it is hereby

ORDERED, the Motion of the above-named Debtors to avoid a judicial lien of American Express Bank FSB is GRANTED by default.

IT IS FURTHER ORDERED, pursuant to 11 U.S.C. §349(b)(1)(B), that dismissal of this case reinstates any lien voided under §522.

The said judicial liens are entered of record as follows: 2016-C-1871 in the judgment records of Lehigh County, Pennsylvania.

Unless Debtors' bankruptcy case is dismissed, the lien of this creditor, or their successor-in-interest, is avoided to the extent it impairs Debtors' exemptions, and the lien shall not survive bankruptcy, affix to or remain enforceable against the property of Debtors located in Lehigh County, Pennsylvania.

Debtors may take all necessary steps to remove any record of the lien from the aforementioned property of the Debtors.

**Date: August 31, 2017**

BY THE COURT:

_____
Richard E Fehling
United States Bankruptcy Judge