UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    :

DUSTIN WAGNER
TARA WAGNER

                                    : Bankruptcy No. 16-18611REF
Debtor(s)               : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: September 14, 2017**

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

BARTON KNOCHENMUS ESQ
1275 GLENLIVET DRIVE, STE 100
ALLENTOWN PA 18106-

DUSTIN WAGNER
TARA WAGNER
3207 WOODLEA ROAD
OREFIELD,PA.18069-2436