United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-18611-ref
Dustin Wagner                                                         Chapter 13
Tara Wagner
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv            Page 1 of 2             Date Rcvd: Sep 14, 2017
                             Form ID: pdf900       Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2017.
db/jdb          Dustin Wagner,   Tara Wagner,   3207 Woodlea Road,   Orefield, PA  18069-2436
smg            +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg            +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY,   14841 Dallas Parkway, Suite 300,
                Dallas, TX 75254-7883
13840812       +American Express Bank,   c/o Zwicker & Associates,   3220 Tillman Drive Suite 215,
                Bensalem PA 19020-2028
13840811       +American Express Bank FSB,   4315 S 2700 West,   Salt Lake City UT 84148-0001
13854966        American Express Bank, FSB,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
13851229        American Express Centurion Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                Malvern  PA 19355-0701
13872110       +Branch Banking And Trust,   c/o Phelan Hallinan Diamond & Jones, LLP,   1617 JFK Blvd.,
                Suite 1400,   Philadelphia, PA 19103-1814
13928316        Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
13840814        Citi Cards,   PO Box 9001037,   Louisville KY 40290-1037
13840815       +Citi Cards,   PO Box 6500,   Sioux Falls SD 57117-6500
13840816       +Deutsche Bank National Trust Co,   c/o Shapiro & DeNardo LLC,   3600 Horizon Drive Suite 150,
                King of Prussia PA 19406-4702
13872054       +Deutsche Bank National Trust Co. Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
13840817        Nationwide Credit Inc,   PO Box 26314,   Lehigh Valley PA 18002-6314
13840818        PPL Electric Utilities,   PO Box 25222,   Lehigh Valley PA 18002-5222
13840819        PPL Electric Utilities,   827 Hausman Rd,   Allentown PA 18104-9392
13840820        Specialized Loan Servicing,   8742 Lucent Boulevard Suite 300,   Highlands Ranch CO 80129-2386
13840821        Specialized Loan Servicing LLC,   PO Box 105219,   Atlanta GA 30348-5219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: robertsl2@dnb.com Sep 15 2017 04:01:35     Dun & Bradstreet, INC,
                3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 15 2017 04:01:03
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 15 2017 04:01:43     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13840813        E-mail/Text: bankruptcy@bbandt.com Sep 15 2017 04:00:54     BB&T,   Branch Banking & Trust,
                PO Box 632,   Whiteville NC 28472
13868011        E-mail/Text: bankruptcy@bbandt.com Sep 15 2017 04:00:54     BB&T,   PO Box 1847,
                Wilson, NC 27894
13871348        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 15 2017 04:06:14
                LVNV Funding, LLC its successors and assigns as,   assignee of Citibank, N.A.,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13840822       +E-mail/Text: bnc@alltran.com Sep 15 2017 04:00:50     United Recovery Systems,
                5800 North Course Dr,   Houston TX 77072-1613
                                                                        TOTAL: 7

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13965186*      +American Express Bank FSB,   4315 S 2700 West,   Salt Lake City UT 84148-0001
                                                                        TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                              Signature:   /s/Joseph Speetjens

District/off: 0313-4          User: dlv              Page 2 of 2              Date Rcvd: Sep 14, 2017
                             Form ID: pdf900         Total Noticed: 28

_____

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2017 at the address(es) listed below:
              BARTON  KNOCHENMUS    on behalf of Joint Debtor Tara  Wagner knochenmuslaw@gmail.com
              BARTON  KNOCHENMUS    on behalf of Debtor Dustin  Wagner knochenmuslaw@gmail.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Deutsche Bank National Trust Company et al...
               bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Deutsche Bank National Trust Company, et al...
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO   on behalf of Creditor    Deutsche Bank National Trust Company, et al...
               tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG   on behalf of Creditor    Branch Banking And Trust pa.bkecf@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                  TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    :

DUSTIN WAGNER
TARA WAGNER

                                                          : Bankruptcy No. 16-18611REF
                    Debtor(s)                             : Chapter 13

ORDER

    AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.


                                                    BY THE COURT

**Date: September 14, 2017**

                                                    _____
                                                    Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

BARTON KNOCHENMUS ESQ
1275 GLENLIVET DRIVE, STE 100
ALLENTOWN PA 18106-

DUSTIN WAGNER
TARA WAGNER
3207 WOODLEA ROAD
OREFIELD,PA.18069-2436