UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Dustin Wagner and Tara Wagner,    :    Case 16-18611
                                                                                                                :
                                  Debtors.    :    Chapter 13

## CERTIFICATION OF NO ANSWER

I, Barton Knochenmus, Esq., counsel for the captioned Chapter 13 Debtors, hereby certify that no answers, objections, responsive pleadings, or requests for hearing have been filed or served in response to Debtors' Counsel's Application for Compensation and Reimbursement of Expenses within twenty-one (21) days, as required by FRBP 2002(a)(6) *Notices to Parties in Interest* and Local Bankruptcy Rule 2016-1( c ) *Certification of Notice*, governing motions, applications and answers, and served upon:

Branch Banking And Trust
c/o Phelan Hallinan Diamond & Jones, LLP
Attn:  THOMAS YOUNG.HAE SONG, Esq.
1617 JFK Blvd. Suite 1400
Philadelphia, PA 19103

DEUTSCHE BANK NATIONAL TRUST COMPANY
14841 Dallas Parkway, Suite 300
Dallas, TX 75254

Deutsche Bank National Trust Company
KML Law Group, P.C.
Attn: DENISE ELIZABETH CARLON, Esq.
701 Market Street Suite 5000
Philadelphia, PA 19106

Deutsche Bank National Trust Company
c/o KML Law Group, P.C.
Attn:  THOMAS I. PULEO, Esq.
701 Market Street Suite 5000
Philadelphia, PA 19106

FREDERICK L. REIGLE
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Dustin/Tara Wagner
3207 Woodlea Road
Orefield, PA 18069-2436

All creditors and interested parties on Matrix


      Consistent with Local Bankruptcy Rule 2016-1(d) *Disposition of Application*, Applicant respectfully requests this Court award the compensation and reimbursement sought.

                                BY:    /s/ Barton Knochenmus, Esq.
                                          Barton Knochenmus, Esq.
                                          Attorney for Debtors
                                          1275 Glenlivet Drive Suite 100
                                          Allentown, Pennsylvania 18106-3107
                                          610-770-3575

Dated:  November 13, 2017