United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-18611-ref
Dustin Wagner                                                           Chapter 13
Tara Wagner
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 1           Date Rcvd: Nov 15, 2017
                              Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2017.
db/jdb         Dustin Wagner,   Tara Wagner,   3207 Woodlea Road,   Orefield, PA  18069-2436
cr            +DEUTSCHE BANK NATIONAL TRUST COMPANY,   14841 Dallas Parkway, Suite 300,
                Dallas, TX 75254-7883

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2017 at the address(es) listed below:
              BARTON   KNOCHENMUS    on behalf of Debtor Dustin  Wagner knochenmuslaw@gmail.com
              BARTON   KNOCHENMUS    on behalf of Joint Debtor Tara  Wagner knochenmuslaw@gmail.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Deutsche Bank National Trust Company, et al...
               bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Deutsche Bank National Trust Company et al...
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    Deutsche Bank National Trust Company, et al...
               tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Branch Banking And Trust pa.bkecf@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Dustin Wagner and Tara Wagner,        :        Case 16-18611
                                             :
              Debtors.                       :        Chapter 13

ORDER

AND NOW, in consideration of the Motion of Debtors' Counsel on Application for Allowance of Attorney Fees and Reimbursement of Expenses, and Notice of Application having been duly sent to all creditors and interested parties by Barton Knochenmus, Esq., Counsel for Debtors, and upon Counsel having certified to the Court the absence of the filing or serving of any answer, objection, responsive pleading or request for hearing, it is hereby

ORDERED, the Application of Barton Knochenmus, Esq. for Compensation and Reimbursement of Expenses is approved in the total amount of $3,750.00, of which $1,500.00 has already been paid.

**Date: November 15, 2017**

BY THE COURT:

_____
Richard E Fehling
United States Bankruptcy Judge